UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBIE ARMENTA,<br><br>    Plaintiff,<br><br>    v.<br><br>TIC-THE INDUSTRIAL COMPANY,<br><br>    Defendant. | No. 1:22-cv-00468-DAD-BAK (BAM)<br><br>ORDER SUBMITTING ACTION TO ARBITRATION AND STAYING ACTION PURSUANT TO THE PARTIES' STIPULATION<br><br>(Doc. No. 5) |

On April 26, 2022, the parties to this action filed a stipulation notifying the court that they have agreed to submit this matter to binding and final arbitration pursuant to the parties' Arbitration Agreement, a copy of which the parties attached to their stipulation. (Doc. No. 5.) Pursuant to that stipulation, and good cause appearing, the court orders as follows:

1. This action shall be submitted to final and binding arbitration conducted pursuant to the parties' Arbitration Agreement;

2. This action shall be stayed pending arbitration, and all dates currently on calendar are vacated; and

/////

/////

/////

1

3. The parties are required to notify the court that arbitration proceedings have concluded within fourteen (14) days of the issuance of the arbitrator's decision.

IT IS SO ORDERED.

Dated:  **April 29, 2022**            *Dale A. Drozd*
                                     UNITED STATES DISTRICT JUDGE